IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARVIN ALEXANDER RIVAS RAMOS,
    *Petitioner*,

v.

KRISTI NOEM, IN THEIR OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ET AL
    *Respondents*.

1:25-cv-1377-MSN-WBP

### ORDER

This matter comes before the Court on Petitioner Marvin Alexander Rivas Ramos' Petition for Writ of Habeas Corpus (ECF 1).

Upon consideration of the Petition and for the reasons stated in open court, it is hereby

**ORDERED** that the Petition (ECF 1) is **DENIED**.

The Clerk is directed to forward a copy of this Order to counsel of record and to terminate this civil action.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

September 30, 2025
Alexandria, Virginia